# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANU KENNEDY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civil Action No.: 1:13-cv-1384 (CRC) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Manu Kennedy and Defendant District of Columbia, by and through their respective undersigned counsel, hereby notify the court of the parties' execution of a Settlement Agreement and General Release and hereby stipulate to the dismissal of this action with prejudice

Respectfully submitted,

*/s/ Shannon C. Leary*
SHANON CLARE LEARY [MD18396]
Gilbert Employment Law, P.C.
*Counsel for Plaintiff*

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Sarah L. Knapp*
SARAH L. KNAPP [470008]
Section Chief, Section III
Civil Litigation Division

Dated: February 20, 2018