**No. 17-7083**                  **September Term, 2017**

**1:13-cv-01384-CRC**

**Filed On:** February 26, 2018

Manu Kennedy,

      Appellant

      v.

Muriel Bowser, in his official capacity of Mayor of Washington, District of Columbia, et al.,

      Appellees

**O R D E R**

Upon consideration of the joint stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk

                              BY:   /s/
                                     Amanda Himes
                                     Deputy Clerk